

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_5005tr (5/2014)

# USDC HAWAII CASE
# CV 14-00457-JMS-KSC

Debtor(s): MAUI INDUSTRIAL LOAN & FINANCE COMPANY, INC.    Chapter 7    Case No. 10-00235

Plaintiff(s): ("et al." if multiple)    DANE S. FIELD    A.P. No. 12-90009

vs. Defendant(s): ("et al." if multiple)    DENNIS I. HINAHARA and MYRA S. HINAHARA

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Proposed Findings of Fact and Conclusions of Law (Adversary Proceeding)

Suggested Cause of Action (District CM/ECF):

28:0157c (28:0157(c)(1) Findings, Concl. & Proposed Judgment)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.    ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | MAUI INDUSTRIAL LOAN & FINANCE COMPANY, INC. | Role | Debtor (In re) |
| Party | DANE S. FIELD | Role | Plaintiff |
| Party | DENNIS I. HINAHARA | Role | Defendant |
| Party | MYRA S. HINAHARA | Role | Defendant |

☐ Additional parties    ☒ Docket sheet attached    ☐ Attorney list attached

Parties instructed to file copies of objections to proposed FOF/COLs and their responses in district court once civil case opened; also to provide courtesy copies to chambers.

Dated: October 8, 2014    Michael B. Dowling, Clerk